UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREY BERNIK,<br><br>       Petitioner,<br><br> v.<br><br>PAMELA BONDI, *et al.*,<br><br>       Respondents. | Case No. C25-957-RSM<br><br>ORDER GRANTING FEDERAL HABEAS PETITION AND DIRECTING PETITIONER'S RELEASE FROM DETENTION |

  The Court has reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Respondents' return and motion to dismiss, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record. Respondents have failed to file timely objections. Accordingly, the Court hereby finds and ORDERS:

  (1) The Report and Recommendation is approved and adopted.

  (2) Respondents' motion to dismiss (Dkt. #10) is DENIED.

  (3) Petitioner's petition for writ of habeas corpus (Dkt. #1) is GRANTED. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

ORDER GRANTING FEDERAL
HABEAS PETITION - 1

1    (4)   The Clerk is directed to send copies of this Order to all counsel of record, and to
2 the Honorable S. Kate Vaughan.
3    DATED this 12th day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING FEDERAL
HABEAS PETITION - 2