# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREY BERNIK,

        Petitioner,

    v.

PAMELA BONDI, *et al.*,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C25-957-RSM

___      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Report and Recommendation is approved and adopted. Respondents' motion to dismiss Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is denied, and Petitioner's petition is granted.  Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

    Dated this 12th day of September, 2025.

RAVI SUBRAMANIAN
Clerk

*/s Tajma Eaton*
Deputy Clerk